UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Mary L. Cooper |
| | | Crim. No. 08-312 |
| v. | : | |
| | | ORDER |
| DAVID WALTON | : | |

This matter having been opened to the Court by Christopher J. Christie, the United States Attorney for the District of New Jersey (Brian L. Urbano, Assistant U.S. Attorney, appearing), in the presence of the defendant, Julius Wilson, a/k/a David Walton (David Schafer, Esq., appearing), for an order changing the caption of this matter to reflect the true name of the defendant, Julius Wilson, and defendant having consented to the entry of this order, and good cause having been shown,

IT IS on this 24th day of October ~~September,~~ 2008,

ORDERED that the name of the defendant in this matter shall be corrected from "David Walton" to "Julius Wilson, a/k/a David Walton."

_____
HON. MARY L. COOPER
United States District Judge