UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**UNITED STATES v. DAVID WALTON**          D/O/B 05/02/1985     SBI: 760229C

---

## PETITION FOR
## WRIT OF HABEAS CORPUS

1. JULIUS WILSON a/k/a "DAVID WALTON", (D/O/B 05/02/1985) is now confined at the Essex County Jail, 354 Doremus Avenue, Newark, New Jersey 07105.

2. Said individual will be required at Trenton, New Jersey, before the Hon. Mary L. Cooper, United States District Judge, **on Friday, October 24th, 2008, at 10:00 a.m.**, for a **Plea Hearing**. A Writ of Habeas Corpus should be issued for that purpose.

DATED: October 15th, 2008

_____
BRIAN URBANO
ASSISTANT U.S. ATTORNEY

---

## ORDER

Let the Writ Issue.

DATED: Oct. 21, 2008

_____
HON. MARY L. COOPER
UNITED STATES DISTRICT JUDGE

---

## WRIT OF HABEAS CORPUS

The United States of America to the Warden of the Essex County Jail, Newark, New Jersey

WE COMMAND YOU that you have the body of

**JULIUS WILSON a/k/a "DAVID WALTON"**

now confined at the Essex County Jail, be brought before the United States District Court, the Hon. Mary L. Cooper, U.S. District Judge, in the Clarkson S. Fisher Federal Building and Courthouse, 402 E. State Street, Trenton, New Jersey 08608, on October 24th, 2008, at 10:00 a.m., so that he may appear for a **Plea Hearing** in the above-captioned matter.

WITNESS the Honorable Mary L. Cooper
United States District Judge
Trenton, New Jersey

DATED: 10/21/08

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk